```
09275701182022                    Erie County Prothonotary              Page    1
PYSPRT                           Civil Case Detail Report               1/18/2022

Case No.......... 2021-12760  ANA L FRANK (vs) EDWARD J SMITH, AL

Reference No......                              Filed.......... 12/23/2021
Case Type......... TORT - MOTOR VEHICLE         Time...........      2:28
Judgment..........        $.00                  Execution Date. 0/00/0000
Judge Assigned.... PICCININI MARSHALL J, JUDGE  Jury Trial.....
Disposed Desc.....                              Disposed Date.. 0/00/0000
------------ Case Comments ------------         Higher Crt 1...
                                                Higher Crt 2...


****************************************************************************
                          ++ GENERAL INDEX ++
Indexed Party                                   Attorney Info
FRANK ANA L                    PLAINTIFF        BUCHOLTZ DARA M, ESQ
   ERIE, PA 16502                               TRAVIS LAW BUILDING
                                                102 LORNA LANE
                                                EDINBORO, PA  16412

SMITH EDWARD J                 DEFENDANT
   LANCASTER, NY 14086

X P O LOGISTICS                DEFENDANT
   RICHMOND, IN 47374
****************************************************************************
                          ++ DOCKET ENTRIES ++
   Date       Entry Text
           - - - - - - - - - - - FIRST ENTRY - - - - - - - - - - - -
12/23/2021  CAPTION: ANA L FRANK VS EDWARD J SMITH AND XPO LOGISTICS
            ----------------------------------------------------------
12/23/2021  CIVIL COVER SHEET FILED.
                          1 Image page(s) exists for this entry
            ----------------------------------------------------------
            COMPLAINT IN AN AMT IN EXCESS OF $50,000.00 TOGTHER W/COSTS OF THIS
            ACTION W/NOTICE TO DEFEND W/I TWENTY (20) DAYS; CERT OF COMPLIANCE
            AND CERT OF SERVICE
                          10 Image page(s) exists for this entry
            ----------------------------------------------------------
12/28/2021  FIRST AMENDED CIVIL COMPLAINT, COUNTS I & II, FOR ALL DAMAGES
            RECOVERABLE UNDER THE LAW AND IN AN AMOUNT IN EXCESS OF
            $50,000.00, TOGETHER WITH THE COSTS OF THIS ACTION W/NOTICE TO
            PLEAD WITHIN 20 DAYS. F/DARA M. BUCHOLTZ, ESQ W/CERT OF SERVICE,
            CERT OF COMPLIANCE, AND VERIFICATION
                          11 Image page(s) exists for this entry
           - - - - - - - - - - - LAST ENTRY - - - - - - - - - - - -
****************************************************************************
                        ++ Escrow Information ++
Cost / Fee          Beg. Balance    Pymts/Adjmts    End. Balance
COMPLAINT TAX             $.50           $.50           $.00
COMPLAINT              $92.00         $92.00           $.00
JCS/ATJ               $40.25         $40.25           $.00
AUTOMATION FEE          $5.00          $5.00           $.00
                     -----------    -----------    -----------
                     $137.75        $137.75           $.00
****************************************************************************
                     End of Case Information
```



# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet

_____ Erie _____ **County**

| For Prothonotary Use Only: |
| --- |
| Docket No: |
| 10760-01 |

The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

**SECTION A**

**Commencement of Action:**
- ☒ Complaint
- ☐ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

| Lead Plaintiff's Name: Ana L. Frank | Lead Defendant's Name: Edward J. Smith |
| --- | --- |

| Are money damages requested? ☒ Yes ☐ No | Dollar Amount Requested: (check one) ☐ within arbitration limits ☒ outside arbitration limits |
| --- | --- |

| Is this a *Class Action Suit*? ☐ Yes ☒ No | Is this an *MDJ Appeal*? ☐ Yes ☒ No |
| --- | --- |

Name of Plaintiff/Appellant's Attorney: Dara M. Bucholtz

☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** (*do not include Mass Tort*)
- ☐ Intentional
- ☐ Malicious Prosecution
- ☒ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability (*does not include mass tort*)
- ☐ Slander/Libel/ Defamation
- ☐ Other: _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** (*do not include Judgments*)
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
- _____

- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- _____

- ☐ Other: _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
- _____

- ☐ Zoning Board
- ☐ Other: _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other: _____

*Updated 1/1/2011*

ANA L. FRANK,

IN THE COURT OF COMMON PLEAS
OF ERIE COUNTY, PENNSYLVANIA

        Plaintiff,

        v.

CIVIL ACTION—LAW

EDWARD J. SMITH; and
XPO LOGISTICS,

Case No.: 10760 21

        Defendants.

TO:    XPO Logistics
       3200 Industries Drive
       Richmond, Indiana 47374

## **NOTICE**

       YOU HAVE BEEN SUED IN COURT.  IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED, BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU.  YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF.  YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

       **YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

       **IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED OR NO FEE.**

**Lawyer Referral Service**
**429 West 6th Street**
**Erie, PA 16507**
**(814) 459-4411**
**Mon. - Fri. 8:30 a.m. - 3:00 p.m.**

pd $137.75

ANA L. FRANK,                          :    IN THE COURT OF COMMON PLEAS
                                       :    OF ERIE COUNTY, PENNSYLVANIA
            Plaintiff,                 :    2021 DEC 23  PM 2:28
                                       :
      v.                               :    CIVIL ACTION—LAW OF RECORDS
                                       :         PROTHONOTARY
EDWARD J. SMITH; and                   :
XPO LOGISTICS,                         :    Case No.:
                                       :
            Defendants.                :
                                       :

TO:   Edward J. Smith
      20 Lancaster Avenue
      Lancaster, New York 14086

## NOTICE

      YOU HAVE BEEN SUED IN COURT.  IF YOU WISH TO DEFEND AGAINST THE
CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN
TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED, BY
ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING
IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS
SET FORTH AGAINST YOU.  YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE
CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED
AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY
CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED
BY THE PLAINTIFF.  YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS
IMPORTANT TO YOU.

      **YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO
NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE
OFFICE SET FORTH BELOW.   THIS OFFICE CAN PROVIDE YOU WITH
INFORMATION ABOUT HIRING A LAWYER.**

      **IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE
ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY
OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED OR NO FEE.**

**Lawyer Referral Service**
**429 West 6th Street**
**Erie, PA 16507**
**(814) 459-4411**
**Mon. - Fri. 8:30 a.m. - 3:00 p.m.**

COMMON PLEAS COURT
ERIE, PA

ANA L. FRANK,

      Plaintiff,

v.

EDWARD J. SMITH; and
XPO LOGISTICS,

      Defendants.

2021 DEC 23  PM 2: 28

CLERK OF RECORDS
PROTHONOTARY

: IN THE COURT OF COMMON PLEAS
: OF ERIE COUNTY, PENNSYLVANIA
:
: CIVIL ACTION—LAW
:
:
: Case No.:
:
:
:

## CIVIL COMPLAINT

AND NOW, comes Plaintiff, ANA L. FRANK, by and through her attorneys, THE TRAVIS LAW FIRM, P.C., and files the within COMPLAINT against Defendants, EDWARD J. SMITH and XPO LOGISTICS, stating in support as follows:

1.    Plaintiff ANA L. FRANK is an adult individual who resides at 1418 West 11th Street, Apt. 3, Erie, PA 16502.

2.    Defendant EDWARD J. SMITH is an adult individual who upon information and belief resides at 20 Lancaster Avenue, Lancaster, New York, 14086.

3.    Defendant XPO Logistics ("XPO") is a corporation organized under the laws of the state of Indiana with a principal place of business at 3200 Industries Drive, Richmond, Indiana 47374.

4.    The facts and events hereinafter described occurred on or about January 18, 2020, at approximately 7:25 a.m. on Route I-90 in Erie County, North East Township, Pennsylvania.

5.    At all times material hereto, Plaintiff, ANA L. FRANK, operated a 2016 Kia Sportage, bearing Pennsylvania license plate 25844138 (VIN KNDPBCAC9G7821330).

6.     At all times material hereto, Defendant EDWARD J. SMITH, operated a 2014 Westernstar Freightliner, bearing Indiana license plate 2494730 (VIN 3AKBGADV2ESFY7257).

7.     At all times material hereto, Defendant EDWARD J. SMITH was an agent, servant and employee of Defendant XPO LOGISTICS, and acted with the express and implied authority of Defendant XPO LOGISTICS, in furtherance of the business interests of said Defendant.

8.     On or about January 18, 2020, at approximately 7:25 a.m., Plaintiff ANA L. FRANK was the driver of a 2016 Kia Sportage traveling eastbound on Interstate 90 in Erie County, North East Township, Pennsylvania.

9.     At that same time and place, Defendant EDWARD J. SMITH was operating a 2014 Westernstar Freightliner, owned by Defendant XPO LOGISTICS, traveling eastbound on Interstate 90 in Erie County, North East Township, Pennsylvania, behind Plaintiff ANA L. FRANK.

10.    Defendant EDWARD J. SMITH failed to slow the vehicle owned by XPO LOGISTICS and crashed directly into the rear of Plaintiff ANA L. FRANK's vehicle, which then propelled her vehicle into the rear of the vehicle traveling ahead of her, with her vehicle eventually coming to rest after being thrust into the highway median strip.

11.    Plaintiff ANA L. FRANK sustained injuries as a result of the crash caused by Defendant EDWARD J. SMITH, and include, but are not limited to:

      (a)    Neck Pain;

      (b)    Back pain;

      (c)    Migraine headaches;

(d)    Vertigo;

(e)    Tinnitus;

(f)    Miscarriage of unborn child;

(g)    Post-Traumatic Stress Syndrome (PTSD);

(h)    Panic Attacks;

(i)    Anxiety; and

(j)    Severe shock, strain or sprain of the nerves, muscles, tissues, ligaments and vessels of the musculoskeletal system.

12.    The accident has left Plaintiff ANA L. FRANK susceptible to additional injuries in the future to those areas weakened by the accident.

13.    Some or all of the injuries of Plaintiff ANA L. FRANK may be permanent in nature, and all of which caused her pain and suffering since the crash and which may cause her pain and suffering in the future.

14.    As a further result of the aforesaid, Plaintiff ANA L. FRANK has suffered severe physical pain and suffering, discomfort, mental pain and suffering, mental anguish, anxiety, humiliation, an inability to pursue her usual activities, and loss of enjoyment of life, and she may continue to suffer the same for an indefinite period of time in the future to her great detriment and loss.

15.    As a further result of the aforesaid, Plaintiff ANA L. FRANK has been obliged to receive and undergo medical attention and care and has had to incur various expenses in an attempt to cure said injuries, and Plaintiff may be obliged to continue to expend such sums or incur such expenditures for an indefinite period of time in the future, and claim is made therefor.

16.    As a result of Plaintiff ANA L. FRANK's ongoing medical expenses, medical and health insurance liens may be asserted against her, and claim is made therefor.

17.    As a result of the aforementioned injuries, Plaintiff ANA L. FRANK has sustained work loss, lost income, loss of opportunity and a permanent diminution of his earning power and capacity, and claim is made therefor.

18.    Plaintiff ANA L. FRANK was a full tort insured at the time of the accident.

## COUNT I - NEGLIGENCE

### ANA L. FRANK V. EDWARD J. SMITH

19.    Plaintiff incorporates by reference hereto all general allegations set forth in paragraphs 1 through 18 above.

20.    At all times relevant hereto, Defendant, EDWARD J. SMITH, was an agent, servant and/or employee of Defendant, XPO LOGISTICS, INC.

21.    At all times relevant hereto, Defendant, EDWARD J. SMITH, was acting in the course and scope of his employment and with the express and/or implied authority of Defendant XPO LOGISTICS and/or in the furtherance of its business interests.

22.    The foregoing accident and all of the injuries and damages set forth hereinafter sustained by Plaintiff ANA L. FRANK are the direct and proximate result of the negligent and careless manner that Defendant EDWARD J. SMITH operated the motor vehicle owned by XPO LOGISTICS, which consisted of the following:

(a)    failing to keep alert and maintain a proper watch for the presence of others on the roadway;

(b)     failing to notice Plaintiff ANA L. FRANK'S vehicle;

(c)     failing to have his vehicle under such control as to be able to stop within the assured clear distance ahead;

(d)     failing to apply his brakes in sufficient time to avoid striking the vehicle of Plaintiff ANA L. FRANK;

(e)     failing to keep his eyes on the roadway;

(f)     failing to pay attention to the roadway;

(g)     operating a motor vehicle while distracted;

(h)     operating a motor vehicle when he was not properly licensed and/or trained to do so;

(i)     operating his vehicle when he knew or should have known that he was not sufficiently capable or experienced to do so safely and prudently; and

(j)     permitting his vehicle to strike and collide with the rear of the vehicle operated by Plaintiff ANA L. FRANK.

23.     As a direct and proximate result of negligence of the Defendant EDWARD J. SMITH, as set forth above, the Plaintiff, ANA L. FRANK was injured as set forth in paragraph 11, *supra*.

WHEREFORE, Plaintiff ANA L. FRANK demands judgment in her favor against Defendant EDWARD J. SMITH for all damages recoverable under the law and in an amount in excess of fifty thousand dollars ($50,000.00), together with the costs of this action.

## COUNT II - NEGLIGENCE

### ANA L. FRANK V. XPO LOGISTICS

24.     Plaintiff incorporates by reference hereto all general allegations set forth in paragraphs 1 through 23 above.

25.     At all times material hereto, Defendant EDWARD J. SMITH, was an agent, servant, and/or employee of Defendant XPO LOGISTICS.

26.     At all times relevant hereto, Defendant EDWARD J. SMITH, was acting in the course and scope of his employment and with the express and/or implied authority of Defendant XPO LOGISTICS and/or in the furtherance of its business interests.

27.     All of the resultant damages sustained by Plaintiff, ANA L. FRANK, were the direct and proximate result of the negligent conduct of the Defendant, XPO, as follows:

            (a)     on the basis of respondeat superior for the negligence of its agent, Servant, and/or employee, Defendant EDWARD J. SMITH, as detailed hereinabove at Paragraph 22, the same being incorporated herein at length;

            (b)     in negligently permitting Defendant EDWARD J. SMITH to operate a motor vehicle in the course and scope of his agency, service, and/or employment when it knew, or in the exercise of reasonable care, should have known that he was not properly trained and/or qualified to operate said motor vehicle;

            (c)     in negligently training Defendant EDWARD J. SMITH in the safe operation of a motor vehicle when it knew, or in the exercise of

reasonable care, should have known that Defendant EDWARD J. SMITH's agency, service, and/or employment with XPO LOGISTICS would require him to operate a motor vehicle; and

(d)     in failing to adequately investigate Defendant EDWARD J. SMITH's driving record so as to learn of his inability to safely operate a motor vehicle while in the course and scope of his agency, service, and/or employment with Defendant XPO LOGISTICS.

28.     As a direct and proximate result of negligence of the Defendant XPO LOGISTICS, as set forth above, the Plaintiff, ANA L. FRANK was injured as set forth in paragraph 11, *supra*,

WHEREFORE, Plaintiff ANA L. FRANK demands judgment in her favor against Defendant XPO LOGISTICS for all damages recoverable under the law and in an amount in excess of fifty thousand dollars ($50,000.00), together with the costs of this action.

A JURY TRIAL BY TWELVE (12) IS HEREBY DEMANDED

Respectfully Submitted,

THE TRAVIS LAW FIRM, P.C.

CERTIFICATE OF SERVICE
I hereby certify that a copy of this document was served upon all parties of record by First Class United States Mail, Certified Mail or by hand delivery/ courthouse box on this 23rd day of December, 2021.

By: _Dara M Bucholtz_
Dara M. Bucholtz, Esquire
100 State Street, Suite 210
Erie, PA 16507

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Dara M. Bucholtz, Esquire
Attorneys for Plaintiffs

ANA L. FRANK, COMMON PLEAS COURT
                    ERIE, PA

            Plaintiff, 2021 DEC 28  AM 10: 03

    v.              CLERK OF RECORDS
                    PROTHONOTARY

EDWARD J. SMITH; and
XPO LOGISTICS,

            Defendants.

:   IN THE COURT OF COMMON PLEAS
:   OF ERIE COUNTY, PENNSYLVANIA
:
:
:
:   CIVIL ACTION—LAW
:
:
:   Case No.: 12760-21
:
:
:


TO:    Edward J. Smith
       20 Lancaster Avenue
       Lancaster, New York 14086

## NOTICE

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS FIRST AMENDED COMPLAINT AND NOTICE ARE SERVED, BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED OR NO FEE.**

**Lawyer Referral Service**
**429 West 6th Street**
**Erie, PA 16507**
**(814) 459-4411**
**Mon. - Fri. 8:30 a.m. - 3:00 p.m.**

ANA L. FRANK,                    COMMON PLEAS COURT     IN THE COURT OF COMMON PLEAS
                                     ERIE, PA          :  OF ERIE COUNTY, PENNSYLVANIA

          Plaintiff,    2021 DEC 28  AM 10: 03
                                                        :
     v.                          CLERK OF RECORDS       : CIVIL ACTION—LAW
                                   PROTHONOTARY          :

EDWARD J. SMITH; and                                    :
XPO LOGISTICS,                                          :  Case No.:  12760-21
                                                        :
          Defendants.                                   :
                                                        :


TO:    XPO Logistics
       3200 Industries Drive
       Richmond, Indiana 47374

## NOTICE

  YOU HAVE BEEN SUED IN COURT.  IF YOU WISH TO DEFEND AGAINST THE
CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN
TWENTY (20) DAYS AFTER THIS FIRST AMENDED COMPLAINT AND NOTICE ARE
SERVED, BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY
AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO
THE CLAIMS SET FORTH AGAINST YOU.  YOU ARE WARNED THAT IF YOU FAIL TO
DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE
ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY
MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF
REQUESTED BY THE PLAINTIFF.  YOU MAY LOSE MONEY OR PROPERTY OR OTHER
RIGHTS IMPORTANT TO YOU.

  **YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO
NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE
OFFICE SET FORTH BELOW.     THIS OFFICE CAN PROVIDE YOU WITH
INFORMATION ABOUT HIRING A LAWYER.**

  **IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE
ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY
OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED OR NO FEE.**

**Lawyer Referral Service**
**429 West 6th Street**
**Erie, PA 16507**
**(814) 459-4411**
**Mon. - Fri. 8:30 a.m. - 3:00 p.m.**

ANA L. FRANK,                COMMON PLEAS COURT        : IN THE COURT OF COMMON PLEAS
                                   ERIE, PA             : OF ERIE COUNTY, PENNSYLVANIA
                Plaintiff,  2021 DEC 28  AM 10: 03      :

        v.                  CLERK OF RECORDS           : CIVIL ACTION—LAW
                            PROTHONOTARY                :

EDWARD J. SMITH; and                                   :
XPO LOGISTICS,                                         : Case No.:  12760-21
                                                       :
                Defendants.                            :
                                                       :
                                                       :

## FIRST AMENDED CIVIL COMPLAINT

AND NOW, comes Plaintiff, ANA L. FRANK, by and through her attorneys,

THE TRAVIS LAW FIRM, P.C., and files the within FIRST AMENDED COMPLAINT

against Defendants, EDWARD J. SMITH and XPO LOGISTICS, stating in support as

follows:

1.      Plaintiff ANA L. FRANK is an adult individual who resides at 1418 West

11th Street, Apt. 3, Erie, PA 16502.

2.      Defendant EDWARD J. SMITH is an adult individual who upon

information and belief resides at 20 Lancaster Avenue, Lancaster, New York, 14086.

3.      Defendant XPO Logistics ("XPO") is a corporation organized under the

laws of the state of Indiana with a principal place of business at 3200 Industries Drive,

Richmond, Indiana 47374.

4.      The facts and events hereinafter described occurred on or about January

18, 2020, at approximately 7:25 a.m. on Route I-90 in Erie County, North East Township,

Pennsylvania.

5.     At all times material hereto, Plaintiff, ANA L. FRANK, operated a 2016 Kia Sportage, bearing Pennsylvania license plate 25844138 (VIN KNDPBCAC9G7821330).

6.     At all times material hereto, Defendant EDWARD J. SMITH, operated a 2014 Westernstar Freightliner, bearing Indiana license plate 2494730 (VIN 3AKBGADV2ESFY7257).

7.     At all times material hereto, Defendant EDWARD J. SMITH was an agent, servant and employee of Defendant XPO LOGISTICS, and acted with the express and implied authority of Defendant XPO LOGISTICS, in furtherance of the business interests of said Defendant.

8.     On or about January 18, 2020, at approximately 7:25 a.m., Plaintiff ANA L. FRANK was the driver of a 2016 Kia Sportage traveling eastbound on Interstate 90 in Erie County, North East Township, Pennsylvania.

9.     At that same time and place, Defendant EDWARD J. SMITH was operating a 2014 Westernstar Freightliner, owned by Defendant XPO LOGISTICS, traveling eastbound on Interstate 90 in Erie County, North East Township, Pennsylvania, behind Plaintiff ANA L. FRANK.

10.     Defendant EDWARD J. SMITH failed to slow the vehicle owned by XPO LOGISTICS and crashed directly into the rear of Plaintiff ANA L. FRANK's vehicle, which then propelled her vehicle into the rear of the vehicle traveling ahead of her, with her vehicle eventually coming to rest after being thrust into the highway median strip.

11.     Plaintiff ANA L. FRANK sustained injuries as a result of the crash caused by Defendant EDWARD J. SMITH, and include, but are not limited to:

    (a)     Neck Pain;

    (b)     Back pain;

    (c)     Migraine headaches;

    (d)     Vertigo;

    (e)     Tinnitus;

    (f)     Miscarriage of unborn child;

    (g)     Post-Traumatic Stress Syndrome (PTSD);

    (h)     Panic Attacks;

    (i)     Anxiety; and

    (j)     Severe shock, strain or sprain of the nerves, muscles,

tissues, ligaments and vessels of the musculoskeletal system.

12.    The accident has left Plaintiff ANA L. FRANK susceptible to additional injuries in the future to those areas weakened by the accident.

13.    Some or all of the injuries of Plaintiff ANA L. FRANK may be permanent in nature, and all of which caused her pain and suffering since the crash and which may cause her pain and suffering in the future.

14.    As a further result of the aforesaid, Plaintiff ANA L. FRANK has suffered severe physical pain and suffering, discomfort, mental pain and suffering, mental anguish, anxiety, humiliation, an inability to pursue her usual activities, and loss of enjoyment of life, and she may continue to suffer the same for an indefinite period of time in the future to her great detriment and loss.

15.    As a further result of the aforesaid, Plaintiff ANA L. FRANK has been obliged to receive and undergo medical attention and care and has had to incur various

expenses in an attempt to cure said injuries, and Plaintiff may be obliged to continue to expend such sums or incur such expenditures for an indefinite period of time in the future, and claim is made therefor.

16.   As a result of Plaintiff ANA L. FRANK's ongoing medical expenses, medical and health insurance liens may be asserted against her, and claim is made therefor.

17.   As a result of the aforementioned injuries, Plaintiff ANA L. FRANK has sustained work loss, lost income, loss of opportunity and a permanent diminution of his earning power and capacity, and claim is made therefor.

18.   Plaintiff ANA L. FRANK was a full tort insured at the time of the accident.

## COUNT I - NEGLIGENCE

### ANA L. FRANK V. EDWARD J. SMITH

19.   Plaintiff incorporates by reference hereto all general allegations set forth in paragraphs 1 through 18 above.

20.   At all times relevant hereto, Defendant, EDWARD J. SMITH, was an agent, servant and/or employee of Defendant, XPO LOGISTICS, INC.

21.   At all times relevant hereto, Defendant, EDWARD J. SMITH, was acting in the course and scope of his employment and with the express and/or implied authority of Defendant XPO LOGISTICS and/or in the furtherance of its business interests.

22.   The foregoing accident and all of the injuries and damages set forth hereinafter sustained by Plaintiff ANA L. FRANK are the direct and proximate result of

the negligent and careless manner that Defendant EDWARD J. SMITH operated the motor vehicle owned by XPO LOGISTICS, which consisted of the following:

     (a)    failing to keep alert and maintain a proper watch for the presence of others on the roadway;

     (b)    failing to notice Plaintiff ANA L. FRANK'S vehicle;

     (c)    failing to have his vehicle under such control as to be able to stop within the assured clear distance ahead;

     (d)    failing to apply his brakes in sufficient time to avoid striking the vehicle of Plaintiff ANA L. FRANK;

     (e)    failing to keep his eyes on the roadway;

     (f)    failing to pay attention to the roadway;

     (g)    operating a motor vehicle while distracted;

     (h)    operating a motor vehicle when he was not properly licensed and/or trained to do so;

     (i)    operating his vehicle when he knew or should have known that he was not sufficiently capable or experienced to do so safely and prudently; and

     (j)    permitting his vehicle to strike and collide with the rear of the vehicle operated by Plaintiff ANA L. FRANK.

23.    As a direct and proximate result of negligence of the Defendant EDWARD J. SMITH, as set forth above, the Plaintiff, ANA L. FRANK was injured as set forth in paragraph 11, *supra*.

WHEREFORE, Plaintiff ANA L. FRANK demands judgment in her favor against Defendant EDWARD J. SMITH for all damages recoverable under the law and in an amount in excess of fifty thousand dollars ($50,000.00), together with the costs of this action.

## COUNT II - NEGLIGENCE

### ANA L. FRANK V. XPO LOGISTICS

24.     Plaintiff incorporates by reference hereto all general allegations set forth in paragraphs 1 through 23 above.

25.     At all times material hereto, Defendant EDWARD J. SMITH, was an agent, servant, and/or employee of Defendant XPO LOGISTICS.

26.     At all times relevant hereto, Defendant EDWARD J. SMITH, was acting in the course and scope of his employment and with the express and/or implied authority of Defendant XPO LOGISTICS and/or in the furtherance of its business interests.

27.     All of the resultant damages sustained by Plaintiff, ANA L. FRANK, were the direct and proximate result of the negligent conduct of the Defendant, XPO, as follows:

(a)     on the basis of respondeat superior for the negligence of its agent, Servant, and/or employee, Defendant EDWARD J. SMITH, as detailed hereinabove at Paragraph 22, the same being incorporated herein at length;

(b)     in negligently permitting Defendant EDWARD J. SMITH to operate a motor vehicle in the course and scope of his agency, service, and/or employment when it knew, or in the exercise of

reasonable care, should have known that he was not properly trained and/or qualified to operate said motor vehicle;

(c)     in negligently training Defendant EDWARD J. SMITH in the safe operation of a motor vehicle when it knew, or in the exercise of reasonable care, should have known that Defendant EDWARD J. SMITH's agency, service, and/or employment with XPO LOGISTICS would require him to operate a motor vehicle; and

(d)     in failing to adequately investigate Defendant EDWARD J. SMITH's driving record so as to learn of his inability to safely operate a motor vehicle while in the course and scope of his agency, service, and/or employment with Defendant XPO LOGISTICS.

28.    As a direct and proximate result of negligence of the Defendant XPO LOGISTICS, as set forth above, the Plaintiff, ANA L. FRANK was injured as set forth in paragraph 11, *supra*,

WHEREFORE, Plaintiff ANA L. FRANK demands judgment in her favor against Defendant XPO LOGISTICS for all damages recoverable under the law and in an amount in excess of fifty thousand dollars ($50,000.00), together with the costs of this action.

A JURY TRIAL BY TWELVE (12) IS HEREBY DEMANDED.

Respectfully Submitted,

THE TRAVIS LAW FIRM, P.C.

CERTIFICATE OF SERVICE
I hereby certify that a copy of this
document was served upon all parties
of record by First Class United States
Mail, Certified Mail or by hand
delivery/ courthouse box on this 28th
day of December, 2021.

By: _____

Dara M. Bucholtz, Esquire
100 State Street, Suite 210
Erie, PA 16507

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this filing complies with the provisions of the *Public
Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and
Trial Courts* that require filing confidential information and documents differently than non-
confidential information and documents.

Dara M. Bucholtz, Esquire
Attorneys for Plaintiffs

ANA L. FRANK,

          Plaintiff,

    v.

EDWARD J. SMITH; and
XPO LOGISTICS,

          Defendants.

:  IN THE COURT OF COMMON PLEAS
:  OF ERIE COUNTY, PENNSYLVANIA
:
:
:  CIVIL ACTION—LAW
:
:
:  Case No.:  12760-21
:
:
:

## VERIFICATION

    I, ANA L. FRANK, hereby state that the facts contained in the within First Amended

Complaint are true and correct to the best of my knowledge, information and belief. This statement

is made subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities

and is given pursuant to the provisions for verification of pleadings as defined and provided for in

Rule 1024 of the Pennsylvania Rules of Civil Procedure.


_____12/28/21_____
Dated

_____
Ana L. Frank

1